```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15422
   CORDELL J MOORE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8280


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/24/2007 and was confirmed 10/17/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 03/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED NOT I   NOT FILED           .00            .00
CITY OF MARKHAM            SECURED             175.00          .00         123.46
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED           .00            .00
COOK COUNTY TREASURER      SECURED NOT I   NOT FILED           .00            .00
COOK COUNTY TREASURER      SECURED               .00           .00            .00
FREMONT INVESTMENT & LOA   CURRENT MORTG         .00           .00            .00
FREMONT INVESTMENT & LOA   MORTGAGE ARRE         .00           .00            .00
HEAVNER SCOTT BEYERS & M   NOTICE ONLY     NOT FILED           .00            .00
HSBC AUTO FINANCE          SECURED NOT I    21616.61           .00            .00
HOUSEHOLD AUTO FINANCE     UNSECURED       NOT FILED           .00            .00
WASHINGTON MUTUAL          CURRENT MORTG         .00           .00            .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC    40586.73       1079.50        1906.63
WELLS FARGO AUTO FINANCE   UNSECURED         4437.73           .00            .00
BMG                        UNSECURED       NOT FILED           .00            .00
ER SOULTIONS INC           NOTICE ONLY     NOT FILED           .00            .00
LASALLE BANK               UNSECURED       NOT FILED           .00            .00
EDELSTEIN & EDELSTEIN      NOTICE ONLY     NOT FILED           .00            .00
MOHELA                     UNSECURED         2481.56           .00            .00
NCO FIN/99                 NOTICE ONLY     NOT FILED           .00            .00
ORAL & MAXILLOFACIAL SUR   UNSECURED          425.00           .00            .00
RESDTN DATA                UNSECURED       NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED        15620.20           .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED           .00            .00
SALLIE MAE LSCF            UNSECURED       NOT FILED           .00            .00
TRS RECOVERY SERV          NOTICE ONLY     NOT FILED           .00            .00
UNIVERSITY OF ARKANSAS     UNSECURED       NOT FILED           .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15422 CORDELL J MOORE
```

```
US DEPT OF EDUCATION      UNSECURED        4957.17              .00           .00
ER SOLUTIONS INC          UNSECURED        2316.26              .00           .00
WEST ASSET                UNSECURED      NOT FILED              .00           .00
FREMONT INVESTMENT & LOA  NOTICE ONLY    NOT FILED              .00           .00
LILLIE MOORE              NOTICE ONLY    NOT FILED              .00           .00
ILLINOIS DEPT OF REV      PRIORITY         4436.37              .00           .00
ILLINOIS DEPT OF REV      UNSECURED         579.58              .00           .00
FELDCO FACTORY TO YOU PR  FILED LATE       4250.00              .00           .00
WASHINGTON MUTUAL         UNSECURED      NOT FILED              .00           .00
LEGAL HELPERS PC          DEBTOR ATTY      2,000.00                           .00
TOM VAUGHN                TRUSTEE                                          240.41
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                3,350.00

PRIORITY                                              .00
SECURED                                          2,030.09
    INTEREST                                     1,079.50
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               240.41
DEBTOR REFUND                                         .00
                      ---------------    ---------------
TOTALS                 3,350.00                  3,350.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 06/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE